**Denied and Opinion Filed September 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00728-CV

## IN RE JAY SANDON COOPER, Relator

## Original Proceeding from the 470th Judicial District Court
## Collin County, Texas

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is relator's September 21, 2020 amended petition for writ of mandamus challenging the Administrative Law Judge's order denying relator, a vexatious litigant, permission to file litigation. Entitlement to mandamus relief requires relator to show both that the Administrative Law Judge has clearly abused her discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relator has failed to show a clear abuse of discretion.

Accordingly, we deny relator's amended petition for writ of mandamus.


*See* TEX. R. APP. P. 52.8(a).



200728f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE